No. 84          February 7, 2024          627

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of B. C.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

B. C.,
*Appellant.*

Lane County Circuit Court
23CC03776; A181759

Charles M. Zennaché, Judge.

Submitted January 5, 2024.

Christopher J. O'Connor and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Peenesh Shah, Assistant Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Egan, Judge, and Kamins, Judge.

PER CURIAM

Reversed.

**PER CURIAM**

Appellant seeks reversal of a judgment committing him to the custody of the Oregon Health Authority for a period not to exceed 180 days. The trial court entered that judgment after finding that appellant is unable to provide for his basic personal needs and is not receiving care necessary to avoid serious physical harm in the near future. *See* ORS 426.005(1)(f)(B). On appeal, he challenges the sufficiency of the state's evidence to support the court's basic-needs determination. The state concedes that the record is legally insufficient in that regard under our caselaw. *See State v. M. A. E.*, 299 Or App 231, 240-41, 448 P3d 656 (2019) (explaining that ORS 426.005(1)(f)(B) requires a "nonspeculative risk of 'serious physical harm'—meaning that the person's safe survival will be compromised—in the near future, even though that risk is not imminent"). We agree with and accept the state's concession.

Reversed.